DEVIN A. McRAE (SBN 223239)
    dmcrae@earlysullivan.com
CHRISTOPHER I. RITTER (SBN 143473)
    critter@earlysullivan.com
PETER D. SCOTT (SBN 247786)
    pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
6420 Wilshire Blvd., 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
MICHAEL ANTHONY MOORE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

**CV12-6811 -R**

*(FFMx)*

| | |
|---|---|
| MICHAEL ANTHONY MOORE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT KIRKMAN, an individual; and ROBERT KIRKMAN, LLC, a Kentucky limited liability company,<br><br>    Defendants. | Case No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

---

**COMPLAINT**

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

Plaintiff Michael Anthony Moore ("Moore" or "Plaintiff") brings this action against Defendants Robert Kirkman ("Kirkman") and Robert Kirkman, LLC ("Kirkman LLC"), as follows:

## NATURE OF THIS ACTION

1.     Moore is an artist who co-created the following works with comic book writer Kirkman: the comic book series entitled *The Walking Dead*; the comic book series entitled *Brit*; the comic book series entitled *Battle Pope*; a potential comic book series entitled *Dead Planet*; and a potential comic book series entitled *My Name is Abraham* (collectively, the "Works"). Each of these Works was prepared by Moore and Kirkman with the intention that their contributions be merged into inseparable or interdependent parts of a unitary whole. As such, Moore and Kirkman were thus joint authors and co-owners of the copyrights in these Works under the Federal Copyright Act.

2.     Kirkman is a proud liar and fraudster who freely admits that he has no qualm about misrepresenting material facts in order to consummate business transactions, and it is precisely that illicit conduct which led to the present lawsuit (and to Kirkman's business "success" generally). In 2005, Kirkman and his agents devised a scheme to fraudulently induce Moore to assign his copyright interests in the Works to Kirkman's alter-ego limited liability company, Kirkman LLC. Based on a series of false promises, false representations and material omissions, Kirkman and his agents convinced Moore to enter into a written "Assignment and Release Agreement" dated September 29, 2005 (the "Assignment") with Kirkman and Kirkman LLC, under which Moore assigned his copyrights in the Works to Kirkman LLC.

3.     Further, even if the Assignment was valid (it is not), Kirkman and Kirkman LLC have also materially failed to perform their payment, reporting and accounting obligations thereunder. Moore's fraudulent inducement, breach of contract and other related claims are the subject of a pending California state court

action in Los Angeles Superior Court, styled *Moore v. Kirkman, et al.*, Case No. BC478730 (the "State Court Action").

4.      Through the State Court Action, Moore seeks, among other things, rescission of the Assignment and the return of his co-author copyright interests in the Works.  However, possibly because of the animosity engendered by the filing of the State Court Action, Kirkman now baselessly denies that Moore jointly authored the Works with him.  Moore's status as a joint author and co-owner of the Works will impact the damages analysis in the State Court Action.  Accordingly, Moore seeks a declaratory judgment by way of this action that he is a joint author of *The Walking Dead, Battle Pope, Brit, Dead Planet*, and *My Name is Abraham* and holds an undivided ownership interest in the entire work for each respective title, including all contributions contained therein.

## PARTIES

5.      Moore is an individual residing in the State of Indiana, County of Dearborn.

6.      Kirkman is an individual who, on information and belief, resides in the State of California, County of Los Angeles.

7.      Kirkman LLC is a Kentucky limited liability company with its principal place of business located in the State of California, County of Los Angeles.  Kirkman is Kirkman LLC's sole member and manager.

8.      On information and belief, Defendants are, and at all times mentioned herein, were, the agents, servants and/or employees of each of the other Defendants, and each of them was acting within the scope of its, his or her authority as the agent, servant and/or employee of each other.  On information and belief, Defendants performed the acts and conduct herein alleged directly, aided and abetted the performance thereof or knowingly acquiesced in, ratified and accepted the benefits of such acts and conduct, and therefore each of the Defendants is liable to the extent of the liability of Defendants as alleged herein; consequently, all Defendants are jointly

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

2

and severally liable to Moore for the damages sustained as a proximate result of their conduct.

9.    On information and belief, at all times herein material, each Defendant was completely dominated and controlled by its co-Defendants and each was the alter ego of the other. Whenever and wherever reference is made in this Complaint to any conduct by Defendant or Defendants, such allegations and references shall also be deemed to mean the conduct of each of Defendants, acting individually, jointly and severally. Whenever and wherever reference is made to individuals who are not named as Defendants in this Complaint, but were employees and/or agents of Defendants, such individuals at all relevant times acted on behalf of Defendants named in this Complaint within the scope of their respective employment.

## JURISDICTION AND VENUE

10.    This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101, et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et seq. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

11.    Venue lies in this District under 28 U.S.C. §§ 1391(b) and (c). Defendant Kirkman is a resident of this District. Defendant Kirkman LLC is deemed a resident of this District as it maintains its principal place of business in Los Angeles County, State of California, and thus is subject to personal jurisdiction in this District. Further, as explained in further detail below, a substantial part of the events giving rise to this action occurred in this District and a substantial part of the property that is the subject of this action is situated in this District.

## GENERAL ALLEGATIONS

**The Joint Authorship Of The Works**

12.    The Works in this action consist of several comic book/graphic novel series entitled, respectively, *The Walking Dead, Brit, Battle Pope,* and the potential comic book series entitled *Dead Planet* and *My Name is Abraham* (collectively, the "Works").

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

3

**COMPLAINT**

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

13. The general concept for the Works was conceived in or around the early 2000's.

14. At the outset, the preconcerted common design was for Moore and Kirkman to collaborate to turn these general concepts into finished comic books, expressing the general ideas through the collaborative combination of artwork and accompanying text.

15. Moore and Kirkman eventually jointly authored the Works, with Moore creating the artwork and Kirkman providing the accompanying text.

16. Moore and Kirkman intended that their respective contributions be merged into inseparable and/or interdependent parts of a unitary whole.

17. The co-creation process of the Works was a collaborative, "give-and-take" effort by both Moore and Kirkman – with the two co-creators bouncing ideas back and forth.

18. Each party contributed intellectual modification to the Works and neither party worked exclusively at the other's direction or on a "work-for-hire" basis.

19. Moore created the artwork for the first six issues of *The Walking Dead*,[1] all of the issues of *Brit* and all of the issues of *Battle Pope*.

20. Aside from jointly masterminding with Kirkman the foundational elements of the series, Moore's original artwork provided, among other things, the "look" and "feel" of the Works – a critically important element in intensely visual works such as comic books.

21. In particular, in the case of *The Walking Dead*, Moore's vision has been utilized and drawn upon extensively in subsequent comic issues and in subsequent motion picture adaptations of the comic book series.

**Kirkman Repudiates Moore's Copyright Interests In *The Walking Dead***

22. Despite Moore and Kirkman's co-authorship, Kirkman subsequently repudiated Moore's copyright ownership of the Works, in particular as to *The*

---

[1] Moore also created the cover artwork for several subsequent issues of *The Walking Dead*.

**COMPLAINT**

*Walking Dead.*

23.   The original proofs of the first several issues of *The Walking Dead* listed Moore and Kirkman as co-copyright owners of the comic. However, when the comic subsequently was printed, it was revealed that Kirkman had surreptitiously removed Moore's name as a copyright owner, so that the final print issues of *The Walking Dead* listed Kirkman as the sole owner.

24.   Because Moore's name had been listed as a co-owner in the proofs of the work sent to the publisher, Moore had no reason to confirm or double-check that his name was also listed in the printed issues of the works.

25.   It was not until at least August 2005 that Moore was made aware that his name had been removed as a copyright owner of *The Walking Dead.*

**Kirkman Fraudulently Induces Moore To Assign His Copyright Interests In The Works**

26.   In September of 2005, approximately a month after the repudiation of Moore's co-authorship status, Kirkman was attempting to license television and theatrical rights to *The Walking Dead.* Kirkman and Kirman LLC, directly and through their agents and representatives, told Moore (directly and through his representative) that there was a "pending," "serious," "attractive," "promising" "deal with a television network" for *The Walking Dead*; that the deal was time sensitive and in danger of being lost if not concluded quickly; and that Kirkman would not be able to complete that deal unless Moore immediately assigned all of his interest in *The Walking Dead* and the other Works to Kirkman.

27.   Kirkman, Kirkman LLC and their agents prepared the Assignment and told Moore that if he did not immediately sign it, the aforementioned television deal would "go away." Kirkman promised Moore that he would receive more money by entering into the Assignment because Kirkman would be able to sell the television and theatrical rights to the Works.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

28.    Initially, Moore was reluctant to enter into the Assignment. Moore had put a great deal of effort and consideration into bringing the characters in the Works to life, and creating the artwork that would serve as the Works' visual worlds.

29.    Kirkman, through his agents and representatives, told Moore that not entering into the Assignment would cause the deal to "go away" and that no one would receive money from television rights if Moore did not immediately assign away his copyright ownership in the Works. Kirkman promised to pay Moore royalties and provide accurate and regular accountings.

30.    Not wanting to be responsible for "killing the TV deal," Moore signed the Assignment, agreeing to transfer his copyright interests in the Works in exchange for an income stream of diminished royalties.

31.    On information and belief, Kirkman never intended to pay Moore the proper royalties and never intended to provide accurate accountings. Moreover, Moore has since learned through discovery in the State Court Action that, in reality, there was no television deal on the table that was in any way dependent upon Moore relinquishing his copyright interests in *The Walking Dead*.

32.    On information and belief, Defendants misrepresented this fact to Moore for the purpose of swindling Moore's copyrights as a co-creator of *The Walking Dead* and inducing him to enter into the Assignment.

**The State Court Action**

33.    After numerous breaches of the Assignment by Kirkman, including failure to properly pay Moore his royalties and to provide the required accountings, Moore filed the State Court Action on February 9, 2012. In the State Court Action, Moore alleged various causes action against Kirkman and Kirkman LLC, both for the various breaches of the Assignment and also for fraudulent inducement as to entering into the Assignment in the first place. Accordingly, for the breach of contract claims, Moore seeks appropriate damages and for the fraudulent inducement claims, Moore seeks, among other things, rescission of the Assignment and a return of his copyright

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

6

**COMPLAINT**

interests in the Works.

34.    If Moore obtains rescission of the Assignment in the State Court Action, the respective copyright interests of both Moore and Kirkman will be returned to their existing state prior to execution of the Assignment (i.e., Moore and Kirkman as co-authors of the Works).  Moore will then pursue his rights as a co-owner to proceeds generated from the Works.  Because Kirkman and Kirkman LLC assert that Moore is not a co-author of the Works, there exists an actual controversy between Moore and Defendants.  Accordingly, in order for the State Court to properly award the correct amount of money due and owing to Moore resulting from Moore's returned copyright interests, and because Defendants now dispute Moore's co-authorship status, Moore requires a judicial determination that he is a co-author of the Works.

## FIRST CLAIM FOR RELIEF

**(Declaratory Relief – 28 U.S.C. §§ 2201, _et seq._; 17 U.S.C. §§ 101, 201(a))**

35.    Moore incorporates herein by reference each and every allegation contained in paragraphs 1 through 34, as though set forth in full.

36.    An actual controversy exists between Moore, on the one hand, and Defendants Kirkman and Kirkman LLC, on the other hand, regarding Moore's co-authorship copyright interests in the Works.  Moore and Kirkman jointly created the Works with the preconcerted common design to render the Works into finished comic books, expressing Kirkman's general concepts through both the comic artwork, contributed by Moore, and the accompanying text, contributed by Kirkman.  Moore and Kirkman intended that their respective contributions be merged into inseparable and/or interdependent parts of a unitary whole.  Moore and Kirkman each contributed intellectual modification to the Works and neither party worked exclusively at the other's direction or on a "work-for-hire" basis.  Moore contends that he is a co-author of the Works.  Kirkman disputes that Moore is a co-author of the Works.

37.    Accordingly, Moore is entitled to a declaratory judgment that he is a joint author under 17 U.S.C. §§ 101 and 201(a), entitled to all rights and benefits of

7

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

the attendant, undivided copyright interests, of the following works:

    a.    *The Walking Dead*;

    b.    *Battle Pope*;

    c.    *Brit*;

    d.    *Dead Planet*; and

    e.    *My Name is Abraham*

## PRAYER FOR RELIEF

Wherefore, Moore hereby requests that this Court:

1.    Enter an order pursuant to 28 U.S.C. § 2201, *et seq.*, and other applicable law, declaring that Moore is a joint author of *The Walking Dead, Battle Pope, Brit, Dead Planet*, and *My Name is Abraham* and holds an undivided ownership interest in the entire work for each respective title, including all contributions contained therein.

2.    Award such other and further relief as this Court deems just and proper.

Dated: August 7, 2012

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: _____
DEVIN A. McRAE
Attorneys for Plaintiff
MICHAEL ANTHONY MOORE

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4650
FACSIMILE: (323) 301-4676

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands trial by jury of all issues so triable.

Dated:  August 7, 2012

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP


By: _____
DEVIN A. McRAE
Attorneys for Plaintiff
MICHAEL ANTHONY MOORE

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

9

**COMPLAINT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV12- 6811 R (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Devin A. McRae (SBN 223239)
Christopher I. Ritter (SBN 143473)
Peter D. Scott (SBN 247786)
EARLY SULLIVAN WRITGHT GIZER & MCRAE
6420 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MOORE, an individual, <br><br> PLAINTIFF(S) <br> v. <br><br> ROBERT KIRKMAN, an individual; ROBERT KIRKMAN, LLC, Kentucky limited liability company <br> DEFENDANT(S). | CASE NUMBER <br><br> **CV12-6811**-R (FFM) <br><br> SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Devin A. McRae_____, whose address is _6420 Wilshire Blvd., 17th Fl., Los Angeles, CA 90048_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  **AUG - 7 2012**

By: _____
            Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                                    SUMMONS


COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>MICHAEL ANTHONY MOORE, an individual | **DEFENDANTS**<br>ROBERT KIRKMAN, an individual; ROBERT KIRKMAN, LLC, a Kentucky limited liability company |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Devin A. McRae, EARLY SULLIVAN GIZER WRIGHT & McRAE LLP, 6420 Wilshire Blvd., 17th Floor, Los Angeles, CA 90048<br>Tel: (323) 301-4660 | Attorneys (If Known)<br>Allen B. Grodsky, GRODSKY & OLECKI LLP, 2001 Wilshire Blvd., Suite 210, Santa Monica, CA 90403<br>Tel: (310) 315-3009 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 2201, et seq.; 17 U.S.C. §§ 101, 201(a)) - Declaratory Relief regarding Copyright Ownership

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____ **CV12-6811** _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Indiana |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | Indiana, Kentucky |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date August 7, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |