1  DEVIN A. McRAE (SBN 223239)
   dmcrae@earlysullivan.com
2  CHRISTOPHER I. RITTER (SBN 143473)
   critter@earlysullivan.com
3  PETER D. SCOTT (SBN 247786)
   pscott@earlysullivan.com
4  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
5  6420 Wilshire Blvd., 17th Floor
   Los Angeles, California 90048
6  Telephone: (323) 301-4660
   Facsimile: (323) 301-4676

7

8  Attorneys for Plaintiff
   MICHAEL ANTHONY MOORE

9  ALLEN B. GRODSKY (SBN 111064)
   allen@grodsky-olecki.com
10 COURTNEY L. PURITSKY (SBN 251330)
   coutney@grodsky-olecki.com
11 GRODSKY & OLECKI LLP
   2001 Wilshire Blvd., Suite 210
12 Santa Monica, California 90403
   Telephone: (310) 315-3009
13 Facsimile: (310) 315-1557

14 Attorneys for Defendants
   ROBERT KIRKMAN and
15 ROBERT KIRKMAN, LLC

16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MOORE, an individual, <br><br>        Plaintiff, <br><br>     v. <br><br> ROBERT KIRKMAN, an individual; and ROBERT KIRKMAN, LLC, a Kentucky limited liability company, <br><br>        Defendants. | Case No. CV 12-6811-MAN <br><br> [~~PROPOSED~~] ORDER ON STIPULATION RE SECOND AMENDED COMPLAINT AND FED. R. CIV. P. 26(f) REPORT |

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

1    The Court has considered the Stipulation re Second Amended Complaint and

2  Fed. R. Civ. P. 26(f) Report (the "Stipulation") jointly filed by Plaintiff Michael

3  Anthony Moore ("Moore") and Defendants Robert Kirkman and Robert Kirkman,

4  LLC (jointly, the "Kirkman Parties").

5    Good cause appearing for the relief requested and scheduling set forth therein,

6  the parties' Stipulation is GRANTED and the Court orders as follows:

7    1.    Within five (5) days of the entry of this Order, the parties shall file a

8  request for dismissal without prejudice of Moore's First Amended Complaint and the

9  Kirkman Parties' Cross-Complaint in the currently pending action captioned *Moore v.*

10  *Kirkman, et al.*, Superior Court for the County of Los Angeles, Case No. BC478730

11  (the "State Court Action") to effectuate the complete dismissal, without prejudice, of

12  the State Court Action so that all claims by and between the parties previously

13  pending in the State Court Action may be raised and adjudicated in the instant action;

14    2.    On or before October 5, 2012, Moore shall file a second amended

15  complaint in the instant action;

16    3.    The Kirkman Parties shall have 20 days to file a responsive pleading to

17  Moore's second amended complaint;

18    4.    All discovery conducted in the State Court Action, without exception,

19  shall be treated and usable as though it was taken in this action;

20    5.    The parties shall file a Fed. R. Civ. P. 26(f) report on or before October

21  19, 2012.

22    IT IS SO ORDERED.

23

24  Dated: September 17, 2012

25                                                        Hon. Margaret A. Nagle
                                                            United States Magistrate Judge

26

27

28

1