1 │ DEVIN A. McRAE (SBN 223239)
  │   dmcrae@earlysullivan.com
2 │ CHRISTOPHER I. RITTER (SBN 143473)
  │   critter@earlysullivan.com
3 │ PETER D. SCOTT (SBN 247786)
  │   pscott@earlysullivan.com
4 │ EARLY SULLIVAN WRIGHT
  │   GIZER & McRAE LLP
5 │ 6420 Wilshire Blvd., 17th Floor
  │ Los Angeles, California 90048
6 │ Telephone: (323) 301-4660
  │ Facsimile: (323) 301-4676

7 │

8 │ Attorneys for Plaintiff
  │ MICHAEL ANTHONY MOORE

9 │ ALLEN B. GRODSKY (SBN 111064)
  │   allen@grodsky-olecki.com
10 │ COURTNEY L. PURITSKY (SBN 251330)
  │   coutney@grodsky-olecki.com
11 │ GRODSKY & OLECKI LLP
  │ 2001 Wilshire Blvd., Suite 210
12 │ Santa Monica, California 90403
  │ Telephone: (310) 315-3009
13 │ Facsimile: (310) 315-1557

14 │ Attorneys for Defendants
  │ ROBERT KIRKMAN and
15 │ ROBERT KIRKMAN, LLC

16 │

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MOORE, an individual, | Case No. CV 12-6811-MAN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ROBERT KIRKMAN, an individual; and ROBERT KIRKMAN, LLC, a Kentucky limited liability company, | |
| Defendants. | |

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

**TO THE HONORABLE COURT:**

Plaintiff Michael Anthony Moore and Defendants Robert Kirkman and Robert Kirkman, LLC (collectively, the "Parties") have reached a settlement.  The Parties anticipate filing a stipulation for dismissal on or before December 10, 2012. Accordingly, and meanwhile, the Parties do not intend to proceed with the preparation and filing of the documents specified in paragraphs 2, 3 and 5 of the stipulated Order dated September 17, 2012. (Dkt. 12.)


Dated:  September 24, 2012      EARLY SULLIVAN WRIGHT
                                 GIZER & McRAE LLP



                          By: _/s/ Devin A. McRae_
                              DEVIN A. McRAE
                              Attorneys for Plaintiff
                              MICHAEL ANTHONY MOORE

Dated:  September 24, 2012      GRODSKY & OLECKI LLP



                          By: _/s/ Allen B. Grodsky_
                              ALLEN B. GRODSKY
                              Attorneys for Defendants
                              ROBERT KIRKMAN and ROBERT
                              KIRKMAN, LLC

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676