DEVIN A. MCRAE (SBN 223239)
dmcrae@earlysullivan.com
PETER D. SCOTT (SBN 247786)
pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
GIZER & MCRAE LLP
6420 Wilshire Blvd., 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
MICHAEL ANTHONY MOORE

ALLEN B. GRODSKY (SBN 111064)
allen@grodsky-olecki.com
COURTNEY L. PURITSKY (SBN 251330)
coutney@grodsky-olecki.com
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
ROBERT KIRKMAN and
ROBERT KIRKMAN, LLC

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

MICHAEL ANTHONY MOORE, an individual,

Plaintiff,

v.

ROBERT KIRKMAN, an individual; and ROBERT KIRKMAN, LLC, a Kentucky limited liability company,

Defendants.

Case No. CV 12-6811-MAN

**STIPULATION RE REQUEST FOR MODIFICATION OF JANUARY 17, 2013 ORDER OF DISMISSAL UPON SETTLEMENT**

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

Plaintiff Michael Anthony Moore ("Moore"), on the one hand, and Defendants Robert Kirkman and Robert Kirkman, LLC (jointly, "Kirkman Parties"), on the other hand (collectively, the "Parties"), stipulate as follows:

WHEREAS, on August 7, 2012, Moore filed a complaint against the Kirkman Parties in the United States District Court for the Central District of California, Case No. CV 12-6811-MAN (the "Federal Court Action");

WHEREAS, on August 9, 2012, Moore filed a first amended complaint in the Federal Court Action;

WHEREAS, on September 24, 2012, the Parties filed a Notice of Settlement, informing the Court that the Parties had reached a settlement in principal of the claims pending the Federal Court Action;

WHEREAS, on November 28, 2012, the Parties entered into a formal, confidential settlement agreement (the "Settlement Agreement"), settling the claims in the Federal Court Action;

WHEREAS, on January 17, 2013, the Court issued an Order of Dismissal Upon Settlement, providing that the Federal Court Action is dismissed in its entirety, but without prejudice to reopen the action within 60 days (i.e. March 18, 2013) if the settlement is not fully consummated;

WHEREAS, under the terms of the Settlement Agreement, the Parties' settlement will not be fully consummated until April of 2013, a date outside the 60 day window established by the Court's January 17, 2013 Order of Dismissal Upon Settlement;

///

///

///

///

///

///

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048
TELEPHONE: (323) 301-4660
FACSIMILE: (323) 301-4676

WHEREFORE, IT IS STIPULATED AND AGREED THAT the Parties respectfully pray for and request a modification of the Court's January 17, 2013 Order of Dismissal Upon Settlement as follows:

1. Instead of the 60 day window within which to reopen the Federal Court Action should the settlement not be fully consummated, the Court impose a deadline of April 30, 2013, within which to reopen the Federal Court Action should the settlement not be fully consummated.

IT IS SO STIPULATED.

Dated: January 23, 2013

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Devin A. McRae*
DEVIN A. McRAE
Attorneys for Plaintiff
MICHAEL ANTHONY MOORE

Dated: January 23, 2013

GRODSKY & OLECKI LLP

By: */s/ Allen B. Grodsky*
ALLEN B. GRODSKY
Attorneys for Defendants
ROBERT KIRKMAN and ROBERT KIRKMAN, LLC