DEVIN A. McRAE (SBN 223239)
dmcrae@earlysullivan.com
PETER D. SCOTT (SBN 247786)
pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Blvd., 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
MICHAEL ANTHONY MOORE

ALLEN B. GRODSKY (SBN 111064)
allen@grodsky-olecki.com
COURTNEY L. PURITSKY (SBN 251330)
coutney@grodsky-olecki.com
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
ROBERT KIRKMAN and
ROBERT KIRKMAN, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MOORE, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT KIRKMAN, an individual; and ROBERT KIRKMAN, LLC, a Kentucky limited liability company,<br><br>         Defendants. | Case No. CV 12-6811-MAN<br><br>**[PROPOSED] ORDER ON STIPULATION RE REQUEST FOR MODIFICATION OF JANUARY 17, 2013 ORDER OF DISMISSAL UPON SETTLEMENT** |

16172.1

The Court has considered the Stipulation re Request for Modification of January 17, 2013 Order Of Dismissal Upon Settlement (the "Stipulation") jointly filed by Plaintiff Michael Anthony Moore ("Moore") and Defendants Robert Kirkman and Robert Kirkman, LLC (jointly, the "Kirkman Parties").

Good cause appearing for the relief requested and scheduling set forth therein, the parties' Stipulation is GRANTED and the Court modifies its January 17, 2013 Order of Dismissal Upon Settlement as follows:

1. The Court having been advised by counsel that the above-entitled action has been settled,

2. IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause showing on or before April 30, 2013, to reopen the action if the settlement is not consummated.

Dated: _____, 2013              _____
                                        Hon. Margaret A. Nagle
                                        United States Magistrate Judge

16172.1